IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wilson, Claude | Case Number: 04 B 14981 |
| Wilson, Alberta | Judge: Hollis, Pamela S |
| Printed: 11/6/07 | Filed: 4/15/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: September 25, 2007
Confirmed: July 19, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 72,030.00 | |
| Secured: | | 15,952.00 |
| Unsecured: | | 51,627.31 |
| Priority: | | 0.00 |
| Administrative: | | 900.00 |
| Trustee Fee: | | 3,520.69 |
| Other Funds: | | 30.00 |
| Totals: | 72,030.00 | 72,030.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Nicole G Lawson | Administrative | 900.00 | 900.00 |
| 2. | ECast Settlement Corp | Secured | 0.00 | 0.00 |
| 3. | Capital One | Secured | 0.00 | 0.00 |
| 4. | American General Finance | Secured | 7,126.78 | 5,162.56 |
| 5. | Chicago Municipal Employees CU | Secured | 8,351.37 | 8,351.37 |
| 6. | Onyx Acceptance Corp | Secured | 2,438.07 | 2,438.07 |
| 7. | Ocwen Federal Bank FSB | Unsecured | 700.00 | 700.00 |
| 8. | Wells Fargo Financial Illinois Inc | Unsecured | 504.55 | 491.57 |
| 9. | Discover Financial Services | Unsecured | 4,525.82 | 5,793.34 |
| 10. | American Express Centurion | Unsecured | 2,576.71 | 3,297.92 |
| 11. | Onyx Acceptance Corp | Unsecured | 1,352.04 | 1,730.46 |
| 12. | ECast Settlement Corp | Unsecured | 2,923.06 | 3,741.19 |
| 13. | Resurgent Capital Services | Unsecured | 3,437.06 | 4,399.06 |
| 14. | Discover Financial Services | Unsecured | 1,798.27 | 2,301.59 |
| 15. | Resurgent Capital Services | Unsecured | 421.73 | 539.76 |
| 16. | ECast Settlement Corp | Unsecured | 785.40 | 1,005.23 |
| 17. | ECast Settlement Corp | Unsecured | 3,959.71 | 5,067.99 |
| 18. | Capital One | Unsecured | 1,104.73 | 1,413.93 |
| 19. | ECast Settlement Corp | Unsecured | 1,572.19 | 2,012.25 |
| 20. | RoundUp Funding LLC | Unsecured | 2,648.83 | 3,390.21 |
| 21. | Capital One | Unsecured | 167.24 | 214.07 |
| 22. | American Express Travel Relate | Unsecured | 824.05 | 1,054.68 |
| 23. | ECast Settlement Corp | Unsecured | 185.05 | 236.85 |
| 24. | ECast Settlement Corp | Unsecured | 2,252.64 | 2,883.12 |
| 25. | Wells Fargo Financial Illinois Inc | Unsecured | 1,645.79 | 2,074.75 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wilson, Claude | | Case Number: 04 B 14981 |
| --- | --- | --- | --- |
| | Wilson, Alberta | | Judge: Hollis, Pamela S |
| | Printed: 11/6/07 | | Filed: 4/15/04 |

| | | | | |
| --- | --- | --- | --- | --- |
| 26. | Discover Financial Services | Unsecured | 3,105.30 | 3,974.44 |
| 27. | Bank Of America | Unsecured | 4,044.34 | 5,176.31 |
| 28. | Capital One | Unsecured | 100.46 | 128.59 |
| 29. | Litton Loan Servicing | Secured | | No Claim Filed |
| 30. | BP Amoco | Unsecured | | No Claim Filed |
| 31. | Brinks | Unsecured | | No Claim Filed |
| 32. | Capital One | Unsecured | | No Claim Filed |
| 33. | Chicago Municipal Ct Dist | Unsecured | | No Claim Filed |
| 34. | Lowes | Unsecured | | No Claim Filed |
| 35. | Lincoln Park Hospital | Unsecured | | No Claim Filed |
| 36. | Trinity Hospital | Unsecured | | No Claim Filed |
| 37. | Retailers National Bank | Unsecured | | No Claim Filed |
| 38. | Retailers National Bank | Unsecured | | No Claim Filed |
| 39. | Sams Club | Unsecured | | No Claim Filed |
| 40. | Z-Tel Communications Inc | Unsecured | | No Claim Filed |
| 41. | Home Depot | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 59,451.19 | $ 68,479.31 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 4% | 289.20 |
| 6.5% | 702.26 |
| 3% | 395.17 |
| 5.5% | 988.76 |
| 5% | 261.05 |
| 4.8% | 517.36 |
| 5.4% | 366.89 |
| | _____ |
| | $ 3,520.69 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_ _____